# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

In re:                                              Chapter 13

Billy Stough,                                       Case No. 14-30802-WRS

    Debtor.

## TRUSTEE'S OBJECTION TO DEBTOR'S
## MOTION TO APPROVE THE INCURRING OF DEBT

COMES NOW, the Trustee, by and through the undersigned, and responds to Debtor's Motion to Approve the Incurring of Debt as follows:

1. On or about March 28, 2014, debtor filed the instant, voluntary bankruptcy petition pursuant to Title 13 of the United States Code.

2. This Court entered an order confirming the case on or about July 5, 2014.

3. On February 20, 2018, debtor filed a Motion to Approve the Incurring of Debt to purchase an automobile, as debtor's current vehicle has become unreliable.

4. Debtor seeks to purchase a 2015 Toyota Camry for $17,624.57. There is no interest rate or monthly payment provided in the motion or attachment.

5. Debtors' plan currently requires payments of $207.00 monthly. Schedule J reflects a monthly net income of $-352.14.

6. After plan payments are deducted from debtor's monthly expenses, there is insufficient income to support an additional expense.

WHEREFORE, the Trustee respectfully requests that this Honorable Court sustain the Trustee's Objection and deny debtor's Motion to Approve the Incurring of Debt, as his schedules reflect an inability to afford an additional monthly expense.

Respectfully submitted, this 26th day of February, 2018.

                    Sabrina L. McKinney
                    Acting Chapter 13 Trustee

By:   /s/ Tina J. Hayes
       Staff Attorney (HAY049)
       ASB-9847-C32H

Office of the Chapter 13 Trustee
Sabrina L. McKinney, Acting Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone: 334-262-8371
Fax: 334-834-7635
Email: hayest@ch13mdal.org

## CERTIFICATE OF SERVICE

    I, Tina J. Hayes, certify that a copy of the foregoing TRUSTEE'S OBJECTION TO DEBTOR'S MOTION TO APPROVE THE INCURRING OF DEBT has been served on the parties listed below by placing same in the United States Mail, postage prepaid and properly addressed, or via email, this 26th day of February, 2018.

                    /s/ Tina J. Hayes
                    Tina J. Hayes

Billy Stough
75 Black Wells Road
Deatsville, AL 36022

Richard D. Shinbaum, Esq. (via CM/ECF)