# Jack Ingram Motors, Inc.
Montgomery, AL
www.jackingram.com

## " It's Time to Love What You Drive "

| BUYER | CO-BUYER | |
|---|---|---|
| BILLY STOUGH | | Deal #: 302879 |
| | | Deal Type: Retail |
| WETUMPKA, AL 36092 | | Deal Date: 03/29/2018 |
| Home #: (334) 425-5974 | Home #: | Print Time: 02:14pm |
| Work #: | Work #: | Salesperson: JEFFREY S BAKER |

**VEHICLE**

New ☐
Used ☑
Demo ☐

Stock #: 30639B
Description: 2013 CHEVROLET TRUCK EQUINOX
VIN: 2GNALBEK0D6191196
Mileage: 77,449

**TRADE**

**PAYMENTS**

Option 1: Purchase

| Cash | $0.00 | $1,000.00 | $2,000.00 | $3,000.00 |
|---|---|---|---|---|
| 44 mth @ 17.99 | $406.56 | $375.13 | $343.69 | $312.26 |
| 54 mth @ 17.99 | $353.68 | $326.33 | $298.98 | $271.64 |
| 66 mth @ 17.99 | $312.28 | $288.13 | $263.99 | $239.84 |
| 72 mth @ 17.99 | $297.08 | $274.11 | $251.14 | $228.17 |

| | | |
|---|---|---|
| Market Value: | $ | 11,990.00 |
| Rebates: | $ | 0.00 |
| Total Financed Aftermarkets: | $ | 0.00 |
| Sale Price: | $ | 11,990.00 |
| Trade Value: | $ | 0.00 |
| Trade Difference: | $ | 11,990.00 |
| Retail Delivery Fee: | $ | 479.90 |
| State & Local Taxes: | $ | 446.79 |
| Total License and Fees: | $ | 16.50 |
| **Total Cash Price:** | $ | 12,933.19 |
| Your Payoff: | $ | 0.00 |
| **Delivered Price:** | $ | 12,933.19 |
| Service Agreement: | $ | 0.00 |
| Maintenance Agreement: | $ | 0.00 |
| GAP: | $ | 0.00 |
| Cash Down Payment + Deposit: | $ | 0.00 |
| **Unpaid Balance:** | $ | 12,933.19 |

X _____
Customer Acceptance

## ELMORE COUNTY BOARD OF EDUCATION

| EMPLOYEE NAME | EMPLOYEE NUMBER | PAY PERIOD END | CHECK DATE | CHECK NUMBER |
|---|---|---|---|---|
| BILLY JOE STOUGH | 16600 | 2/9/2018 | 2/28/2018 | 9216004 |

| DESCRIPTION | CURRENT AMOUNT | YTD AMOUNT | DESCRIPTION | CURRENT AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|
| BUS DRIVER / $83.73 | 1,269.86 | | SOCIAL SECURITY W/H | 76.87 | 153.74 |
| | | | STATE WITHHOLDING TAX | 12.93 | 25.86 |
| | | | MEDICARE WITHHOLDING TAXES | 17.98 | 35.96 |
| | | | RETIREMENT WITHHOLDING | 95.24 | 190.48 |
| | | | STATE BASIC HEALTH PLAN | 30.00 | 60.00 |
| | | | AEA | 21.00 | 42.00 |
| | | | CHAPTER 13 TRUSTEE * | 207.00 | 414.00 |
| | | | 062206392 | 808.84 | 1,617.68 |
| GROSS PAY | 1,269.86 | 2,539.72 | | | |
| FRINGE BENEFIT | 0.00 | 0.00 | | | |

| LEAVE DESCRIPTION | BALANCE | TAKEN |
|---|---|---|
| SICK | 0.00 | 2.50 |
| PERSONAL | 2.50 | 1.50 |
| SICK BANK | -7.00 | 11.50 |

| Regular Hours | 0.00 | OT Hours | 0.00 |
|---|---|---|---|

NET PAY        0.00

---

Elmore County Board of Education
P.O. Box 817
Wetumpka, AL 36092
**PAYROLL ACCOUNT**

9216004

PAY  ****VOID***VOID****VOID*** DIRECT DEPOSIT
     ***VOID***VOID***VOID***VOID***

TO THE    BILLY JOE STOUGH
ORDER     226 BONNERS POINT RD
OF        WETUMPKA, AL 36092

| CHECK DATE | CHECK NO | AMOUNT |
|---|---|---|
| 2/28/2018 | 9216004 | $0.00 |

NON - NEGOTIABLE

263-4096

***DIRECT DEPOSIT****

Elmore County Board of Education
P.O. Box 817
Wetumpka, AL 36092

0019 16600
BILLY JOE STOUGH
226 BONNERS POINT RD
WETUMPKA, AL 36092

## Your New Benefit Amount

*263-4076*
*AHN: Susie*

**BENEFICIARY'S NAME:** BILLY J STOUGH

Your Social Security benefits will increase by 2.0% in 2018 because of a rise in the cost of living. You can use this letter as proof of your benefit amount if you need to apply for food, rent, or energy assistance. You can also use it to apply for bank loans or for other business. Keep this letter with your important financial records.

### How Much Will I Get And When?

- Your monthly amount (before deductions) is     $909.00
- The amount we deduct for Medicare medical insurance is     $125.00
  (If you did not have Medicare as of November 17, 2017, or if someone else pays your premium, we show $0.00.)
- The amount we deduct for your Medicare prescription drug plan is     $0.00
  (We will notify you if the amount changes in 2018. If you did not elect withholding as of November 1, 2017, we show $0.00.)
- The amount we deduct for voluntary Federal tax withholding is     $0.00
  (If you did not elect voluntary tax withholding as of November 17, 2017, we show $0.00.)
- After we take any other deductions, you will receive     **$784.00**
  on or about January 3, 2018.

If you disagree with any of these amounts, you must write to us within 60 days from the date you receive this letter. We would be happy to review the amounts.

If you receive a paper check and want to switch to an electronic payment, please visit the Department of the Treasury's Go Direct website at *www.godirect.org* online.

### What If I Have Questions?

- Visit our website at *www.socialsecurity.gov*.
- Call us toll-free at 1-800-772-1213 (TTY 1-800-325-0778).

F1R12F-0033913 1-012     41/1765/2544

BILLY J STOUGH
226 BONNERS POINT RD
WETUMPKA AL 36092-7619



Securing today and tomorrow