In re                                                    Case No. 14–30802
                                                           Chapter 13

Billy Stough,

      Debtor.

# ORDER

This case is before the court on the following matter:

*45* – Rule 9007 Motion/Notice/Objection: Motion to Incur Debt in Chapter 13 Cases Only . filed by Joshua C. Milam on behalf of Billy Stough. Responses due by 04/27/2018. (Attachments: # 1 Exhibit) (Milam, Joshua)

It appears that notice has been given pursuant to LBR 9007–1 and that no response has been filed. Accordingly, it is

**ORDERED,** that the motion/objection is **GRANTED** according to the terms stated.

Dated April 28, 2018

                                                         William R. Sawyer
                                                         United States Bankruptcy Judge